OPINION — AG ** FREE FAIR BOARDS ** THE BOARD OF DIRECTORS OF A COUNTY FREE FAIR BOARD ASSOCIATION WHICH OPERATES UNDER THE PROVISIONS OF 2 O.S.H. 104(A) THRU 2 O.S.H. 104(M) MAY " NOT " LEGALLY USE THE APPROPRIATION ACCOUNT PROVIDED FOR IN 2 O.S.H. 104(E), AS AMENDED, TO CONSTRUCT A BUILDING OR BUILDINGS UPON LANDS LEASED BY SUCH BOARD FOR FREE FAIR PURPOSES. (LEASE LAND, BUILDING, PUBLIC FUNDS) CITE: OPINION NO. MAY 24, 1947 — SMITH, 2 O.S.H. 104(A), 2 O.S.H. 104(H) (JAMES C. HARKIN)